**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

_____

JOHN L. SULLIVAN, JR.,

     Plaintiff,

v.                                      Case No. 08-CV-12731

DETROIT POLICE DEPARTMENT, et al.,

     Defendants.

_____/

**ORDER DENYING "MOTION FOR LEAVE TO SERVE ADDITIONAL INTERROGATORIES" AND DENYING "MOTION TO COMPEL PLAINTIFF'S FIRST REQUEST TO PRODUCE TO DEFENDANTS"**

     Pending before the court are Defendants' "Motion for Leave to Serve Additional Interrogatories," and Plaintiff's "Motion to Compel Plaintiff's First Request to Produce to Defendants."  On April 20, 2009, the court held a hearing, on the record, during which counsel for all parties informed the court that the motions had been resolved by agreement.  Accordingly,

     IT IS ORDERED that Defendants' "Motion for Leave to Serve Additional Interrogatories" [Dkt. # 23] and Plaintiff's "Motion to Compel Plaintiff's First Request to Produce to Defendants" [Dkt. # 31] are DENIED as moot.

                                      s/Robert H. Cleland_____
                                      ROBERT H. CLELAND
                                      UNITED STATES DISTRICT JUDGE

Dated:  April 21, 2009

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, April 21, 2009, by electronic and/or ordinary mail.

s/Lisa G. Wagner
Case Manager and Deputy Clerk
(313) 234-5522