**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

JOHN L. SULLIVAN, JR.,

    Plaintiff,

v.                                      Case No. 08-CV-12731

DETROIT POLICE DEPARTMENT, et al.,

    Defendants.
_____/

**ORDER DISMISSING CERTAIN DEFENDANTS**

On June 22, 2009, counsel for all parties indicated, on the record, that Defendants Detroit Police Department and Douglas Gross are not properly parties in this matter and should be dismissed. Further, Plaintiff's counsel stated that the remaining Defendants were sued in only their individual capacities. Accordingly,

IT IS ORDERED THAT Defendants Detroit Police Department and Sergeant Douglas Gross are DISMISSED.

                                    s/Robert H. Cleland
                                    ROBERT H. CLELAND
                                    UNITED STATES DISTRICT JUDGE

Dated:  June 24, 2009

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, June 24, 2009, by electronic and/or ordinary mail.

                                    s/Lisa G. Wagner
                                    Case Manager and Deputy Clerk
                                    (313) 234-5522