**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

JOHN L. SULLIVAN, JR.,

    Plaintiff,

v.                                              Case No. 08-CV-12731

DETROIT POLICE DEPARTMENT, et al.,

    Defendants.
                                      /

**ORDER DENYING PLAINTIFF'S**
**"MOTION FOR REHEARING AND RECONSIDERATION"**

Pending before the court is Plaintiff's "Motion for Rehearing and Reconsideration," seeking to have the court review two specific aspects of its June 17, 2009 "Order Granting in Part . . . Plaintiff's Motion in Limine." Specifically, Plaintiff argues the court should reconsider allowing Defendants to call any witnesses, as Defendants did not file a witness list. (Pl.'s Mot. at 4.) Plaintiff also seeks to have the court reconsider withholding ruling on the admissibility of evidence of a domestic dispute until trial. (*Id.* at 3, 5.)

On June 22, 2009, the court discussed the pending motion with counsel for all parties on the record. The court clarified that, while no reconsideration of its ruling was required, because of Defendants' failure to file a timely witness list Defendants would only be allowed to call parties as witnesses, to include Douglas Gross. As to Plaintiff's second argument, the court was not persuaded that Plaintiff demonstrated a a palpable defect by which the court and the parties had been misled, and thus denied that portion of Plaintiff's motion. E.D. Mich. LR 7.1(g)(3). Accordingly,

IT IS ORDERED that Plaintiff's "Motion for Rehearing and Reconsideration" [Dkt. # 47] is DENIED.

        s/Robert H. Cleland
        ROBERT H. CLELAND
        UNITED STATES DISTRICT JUDGE

Dated:  June 24, 2009

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, June 24, 2009, by electronic and/or ordinary mail.

        s/Lisa G. Wagner
        Case Manager and Deputy Clerk
        (313) 234-5522